IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 ANNUITY PLAN, PLUMMERS AND PIPEFITTERS LOCAL NO. 74 WELFARE PLAN, PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN (formerly the Pipefitters Local Union No. 80 and Employers Joint Pension Fund), SCHOLARSHIP FUND OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74, PLUMBERS AND PIPEFITTERS LOCAL NO. 74 APPRENTICESHIP FUND, PIPEFITTERS LOCAL UNION NO. 74 EDUCATIONAL/PAC FUND, and LOCAL UNION NO. 74 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO (formerly Pipefitters Local No. 80), | : : : : : : : : : : : : : : : : : : : : : |
| Plaintiffs, | : : |
| v. | : Civ. Act. No. 07-716 - JJF (MPT) : |
| JOHNSON CONTROLS, INC., successor to York Int'l Corp. a/k/a York Int'l, | : : : : |
| Defendant. | : |

**O R D E R**

WHEREAS, the Court has referred this matter to Magistrate Judge Thynge pursuant to the Standing Order dated June 29, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall regulate and resolve all pretrial matters, up to and including the pretrial conference,

subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of the Court.

    2.   All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

| | |
|---|---|
| November 29, 2007 | /s/ Joseph J. Farnan Jr. |
| DATE | UNITED STATES DISTRICT JUDGE |