IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 ANNUITY PLAN, PLUMBERS AND PIPEFITTERS LOCAL NO. 74 WELFARE PLAN, PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN (formerly the Pipefitters Local Union No. 80 and Employers Joint Pension Fund), SCHOLARSHIP FUND OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74, PLUMBERS AND PIPEFITTERS LOCAL NO. 74 APPRENTICESHIP FUND, PIPEFITTERS UNION NO. 74 EDUCATIONAL/PAC FUND, and LOCAL UNION NO. 74 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO (formerly Pipefitters Local No. 80), Plaintiffs, v. JOHNSON CONTROLS, INC., successor to York Int'l Corp. a/k/a York Int'l, Defendant. | Civil Action No. 07-716 –JJF (MPT) |

**STIPULATION AND ORDER
FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs and Defendant, by and through their undersigned counsel, hereby agree and stipulate to an extension of time through and including January 25, 2008 for Defendant to respond to the Complaint in this action. The extension of time will facilitate the parties' attempts to amicably work through the audit and contribution issues and possibly resolve this action without further litigation.

Respectfully submitted,

| YOUNG CONAWAY STARGATT & TAYLOR, LLP | FOX ROTHSCHILD LLP |
|---|---|
| By: /s/ Timothy J. Snyder (No. 2408)<br>Timothy J. Snyder (No. 2408)<br>Curtis J. Crowther (No. 3238)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19801<br>(302) 571-6645<br>(302) 576-3336 (fax)<br>tsnyder@ycst.com | By: /s/ Gregory B. Williams (No. 4195)<br>Gregory B. Williams (No. 4195)<br>Sophia Siddiqui (No. 4914)<br>Citizens Bank Center<br>919 N. Market Street, Suite 1300<br>P.O. Box 2323<br>Wilmington, DE 19899<br>(302) 622-4211<br>(302) 656-8920 (fax)<br>gwilliams@foxrothschild.com |
| Of Counsel:<br>Shanna M. Cramer, Esquire<br>Jennings Sigmond, P.C.<br>The Penn Mutual Towers, 16th Floor<br>510 Walnut Street<br>Philadelphia, PA 19106-3683<br>(215) 351-0674 | Of Counsel:<br>David J.B. Froiland, Esquire<br>Foley & Lardner LLP<br>777 East Wisconsin Avenue<br>Milwaukee, Wisconsin 53202<br>(414) 297-5579 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

Date: December 10, 2007

GRANTED and so ORDERED this _____ day of December 2007.

_____
                                                         J.