**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 ANNUITY PLAN, PLUMBERS AND PIPEFITTERS LOCAL NO. 74 WELFARE PLAN, PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN (formerly the Pipefitters Local Union No. 80 and Employers Joint Pension Fund), SCHOLARSHIP FUND OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74, PLUMBERS AND PIPEFITTERS LOCAL NO. 74 APPRENTICESHIP FUND, PIPEFITTERS UNION NO. 74 EDUCATIONAL/PAC FUND, and LOCAL UNION NO. 74 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO (formerly Pipefitters Local No. 80), | : : : : : : : : : : : : : : : : : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 07-716 –JJF (MPT) : |
| JOHNSON CONTROLS, INC., successor to York Int'l Corp. a/k/a York Int'l, | : : : : |
| Defendant. | : |

**JOINT STIPULATION AND ORDER**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Plaintiffs and Defendant, by and through their undersigned counsel, hereby agree and

stipulate to an extension of time through and including May 15, 2008 for Defendant to respond

to the Complaint in this action. The extension of time will facilitate the parties' continued

attempts to amicably work through the audit and contribution issues and possibly resolve this

action without further litigation. The parties continue to work jointly towards a possible

amicable resolution and are hopeful that a settlement can be reached by May 15, 2008 - the end

of the requested extension period.

Respectfully submitted,

YOUNG CONAWAY STARGATT                    FOX ROTHSCHILD LLP
 & TAYLOR, LLP


By:   /s/ Timothy J. Snyder (No. 2408)    By:   /s/ Gregory B. Williams (No. 4195)
Timothy J. Snyder (No. 2408)                    Gregory B. Williams (No. 4195)
Curtis J. Crowther (No. 3238)                   Sophia Siddiqui (No. 4914)
The Brandywine Building                         Citizens Bank Center
1000 West Street, 17th Floor                    919 N. Market Street, Suite 1300
P.O. Box 391                                    P.O. Box 2323
Wilmington, DE 19801                            Wilmington, DE 19899
(302) 571-6645                                  (302) 622-4211
(302) 576-3336 (fax)                            (302) 656-8920 (fax)
tsnyder@ycst.com                                gwilliams@foxrothschild.com


Of Counsel:                                     Of Counsel:
Shanna M. Cramer, Esquire                       David J.B. Froiland, Esquire
Jennings Sigmond, P.C.                          Foley & Lardner LLP
The Penn Mutual Towers, 16th Floor              777 East Wisconsin Avenue
510 Walnut Street                               Milwaukee, Wisconsin 53202
Philadelphia, PA 19106-3683                     (414) 297-5579
(215) 351-0674

Attorneys for Plaintiffs                        Attorneys for Defendant

Date:  March 13, 2008


GRANTED and so ORDERED this _____ day of March 2008.


                                          _____
                                                                        J.