IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 ANNUITY PLAN, PLUMBERS AND PIPEFITTERS LOCAL NO. 74 WELFARE PLAN, PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74 PENSION PLAN (formerly the Pipefitters Local Union No. 80 and Employers Joint Pension Fund), SCHOLARSHIP FUND OF THE PLUMBERS AND PIPEFITTERS LOCAL UNION NO. 74, PLUMBERS AND PIPEFITTERS LOCAL NO. 74 APPRENTICESHIP FUND, PIPEFITTERS UNION NO. 74 EDUCATIONAL/PAC FUND, and LOCAL UNION NO. 74 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO (formerly Pipefitters Local No. 80), : : : : : : : : : : : : : : : : : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 07-716 –JJF (MPT) |
| JOHNSON CONTROLS, INC., successor to York Int'l Corp. a/k/a York Int'l, : : : | |
| Defendant. : | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs hereby voluntarily dismiss this action without prejudice in accordance with Rule 41 of the Federal Rules of Civil Procedure.

Dated: May 19, 2008

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Timothy J. Snyder*
Timothy J. Snyder (No. 2408)
Curtis J. Crowther (No. 3238)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19899-0391
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:

Shanna M. Cramer, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0674

Attorneys for Plaintiffs